# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| VERSATILE PROCESSING GROUP, INC., *et al.* | § § § |
| v. | § CIVIL ACTION NO. 6:14cv832 § § |
| AMINO TRANSPORT, INC. | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (docket no. 8), filed on March 16, 2015, recommends that Plaintiffs' Motion for Default Judgment Against Defendant Amino Transport, Inc. (docket no. 7) be granted. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that Plaintiffs' Motion for Default Judgment Against Defendant Amino Transport, Inc. (docket no. 7) is **GRANTED**. The default judgment will be filed separately.

Any motion not previously ruled on is **DENIED**.

**It is SO ORDERED.**

**SIGNED this 6th day of April, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE